UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Dennis BennetT

                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    (   ) (   )

**21-MJ-00927**

Defendant _____DENNIS BENNETT_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

_x__   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


/S/ Dennis Bennett by JLG
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Julia Gatto
_____
Defendant's Counsel's Signature


Dennis Bennett_____
Print Defendant's Name

Julia Gatto_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

1/25/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
        Debra Freeman, U.S.M.J.